IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TROD O. BUGGS,

      Appellant,

v.
                         Case No.  5D23-0656
                         LT Case No. 1995-CF-123

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 16, 2023

3.800 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Trod O. Buggs, Daytona Beach, pro se.

Ashley Moody, Attorney General, and
Bonnie Jean Parrish, Assistant Attorney
General,　Tallahassee,　for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, HARRIS and SOUD, JJ., concur.